IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY L. MARTINEZ,

    Plaintiff,

vs.                                    No. CIV 08-819 LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.

## **JUDGMENT**

A Memorandum Opinion and Order in the above-entitled case was entered this date. Plaintiff's Motion to Reverse or Remand [Doc. 10] having been denied and the case having been dismissed with prejudice,

JUDGEMENT IS HEREBY ENTERED in favor of Defendant on all of Plaintiff's claims.

_____
Lorenzo F. Garcia
Chief United States Magistrate Judge